UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Residential Funding Company, LLC,

    Plaintiff,

v.                                        Civil No. 13-3492 (JNE/FLN)

Mortgage Capital Associates, Inc.,

    Defendant.

This case is before the Court on Residential Funding Company, LLC's motion to transfer venue. The parties' arguments are similar to those made by the parties in *Residential Funding Co., LLC v. Cherry Creek Mortgage Co.*, Civil No. 13-3449 (filed Dec. 12, 2013). The Court denied Residential Funding's motion to transfer venue in *Cherry Creek Mortgage*. For essentially the same reasons, the Court denies Residential Funding's motion to transfer venue in this case.

Based on the files, records, and proceedings herein, and for the reasons stated above, IT IS ORDERED THAT:

1.     Residential Funding's motion to transfer venue [Docket No. 20] is DENIED.

Dated: April 29, 2014

                                                   s/Joan N. Ericksen
                                                   JOAN N. ERICKSEN
                                                   United States District Judge